| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| versus | § | |
| | § | |
| 1021 COUNTY ROAD 4326, TENAHA, | § | CASE NO. 9:10-CV-149 |
| TEXAS, SHELBY COUNTY, | § | |
| INCLUDING ALL BUILDINGS, | § | |
| APPURTENANCES, AND | § | |
| IMPROVEMENTS THEREON, | § | |
| | § | |
| Defendant. | § | |

# ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the Unopposed Motion to Stay Proceedings (#12) be granted and that the above-styled lawsuit be administratively closed. The case may be placed back on the active docket upon motion by the parties. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the above-styled lawsuit is **ADMINISTRATIVELY CLOSED**. The parties may seek to place this case back on the active docket at the appropriate time.

SIGNED at Beaumont, Texas, this 6th day of January, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE